FILED
4/20/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. _____ |
| v. ) | Violation: Title 18, United States Code, |
| ) | Sections 922(o) |
| MARCUS D. WILLIAMS ) | |

The SEPTEMBER 2019 GRAND JURY charges:

On or about January 7, 2021, at Rockford, in the Northern District of Illinois, Western Division,

MARCUS D. WILLIAMS,

defendant herein, did knowingly possess a machinegun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), namely,

> a loaded Glock, model 22, .40 caliber firearm with serial number RBA756 that had been converted into a machinegun by an aftermarket device known as a "glock switch,"

which firearm had traveled in interstate and foreign commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Sections 922(o).

## FORFEITURE ALLEGATION

The SEPTEMBER 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(o), as set forth in this Indictment, defendant shall forfeit to the United States of America, any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to:

   a. a Glock, model 22, .40 caliber firearm with serial number RBA756;

   b. a "glock switch"; and

   c. all associated ammunition.

A TRUE BILL:

FOREPERSON

_____
UNITED STATES ATTORNEY

2